

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-11-00822-CR

Trial Court Cause
Number:            10CR1217

Style:             Thomas Wayne Florence

                   **v** The State of Texas

Date motion filed*:  August 27, 2013

Type of motion:    Motion to add attachments

Party filing motion:  Appellant, Thomas Wayne Florence

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland.

Date: September 26, 2013